IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, # 9843, ) | |
| petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08 CV 102 |
| ) | |
| WILLIE R. COLLINS, WARDEN, ) | |
| Respondent. ) | |

PETITIONER'S NOTICE TO INVOKE
RULE 23(a) OF THE RULES OF
APPELLATE PROCEDURE

Comes Now the petitioner, Johnny Hughley, in the above styled cause of Action, Pro-se, pursuant to the provision of Rule 23(a), of The Rules of Appellate procedures, and hereby states the following:

1. That Rule 23(a), of The Rules of Appellate Procedures states, in part, that:

"pending review of a decision in a habeas Corpus proceeding commenced before a

-1-

Court, justice, or judge of the United States for the release of a prisoner, the person having custody of the prisoner must not transfer custody to another unless a transfer is directed in accordance with this rule."

Dated the 22nd day of February, 2008.

Respectfully submitted,

Johnny Hughley

Johnny Hughley
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

-2-

CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of the foregoing upon the opposing parties, via U.S. postal mail, and properly addressed below:

J.B. Parrine
Assistant U.S. Attorney
P.O. Box 197
Montgomery, AL 36101

United States Marshals Service
One Church Street
Montgomery, AL 36104

*Johnny Hughley*
Johnny Hughley

Johnny Hughley
Montgomery City Jail
P.O. Drawer 159
Montgomery, AL 36101

MONTGOMERY, AL
22 FEB 2008 PM

"LET US DARE TO READ,
  ...SPEAK AND WRITE."
USA 41

INMATE MAIL
MONTGOMERY CITY JAIL

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711